UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61176-AHS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

PROPERTY INCOME INVESTORS LLC,
EQUINOX HOLDINGS INC.,
PROPERTY INCOME INVESTORS 26 LLC,
PROPERTY INCOME INVESTORS 304 LLC,
PROPERTY INCOME INVESTORS 201 LLC,
PROPERTY INCOME INVESTORS 3504 LLC,
PROPERTY INCOME INVESTORS 1361 LLC,
PROPERTY INCOME INVESTORS 4020 LLC,
PROPERTY INCOME INVESTORS 9007 LLC,
PROPERTY INCOME INVESTORS 417 LLC,
PROPERTY INCOME INVESTORS 4450 LLC,
PROPERTY INCOME INVESTORS 3050 LLC,
LARRY B. BRODMAN, AND
ANTHONY NICOLOSI (F/K/A ANTHONY PELUSO)

Defendants.

**PLAINTIFF'S UNOPPPOSED MOTION FOR ENTRY OF**
**PARTIAL FINAL JUDGMENT AGAINST DEFENDANTS**

Plaintiff Securities and Exchange Commission moves for entry of partial final judgment as follows:

1. Against Defendants Property Income Investors LLC, Equinox Holdings Inc., Property Income Investors 26 LLC, Property Income Investors 304 LLC, Property Income Investors 201 LLC, Property Income Investors 3504 LLC, Property Income Investors 1361 LLC, Property Income Investors 4020 LLC, Property Income Investors 9007 LLC, Property Income

Investors 417 LLC, Property Income Investors 4450 LLC, and Property Income Investors 3050 LLC (collectively, the "Property Entities") in the form attached to this motion as Exhibit A. By the signed, sworn Consent attached as Exhibit B, the Property Entities have consented, without admitting or denying the allegations of the Complaint (except as noted within the Consent) to entry of Judgment of Permanent Injunction and Other Relief against them. The Judgment includes a permanent injunction against future violations of the statutes the Complaint alleges that the Property Entities violated. The Judgment also provides, upon motion of the Commission, the Court shall determine whether it is appropriate to order disgorgement of ill-gotten gains and/or civil penalties pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)] against the Property Entities and, if so, the amounts of the disgorgement and/or civil penalties.

2. Against Defendant Larry B. Brodman, in the form attached to this motion as Exhibit C. By the signed, sworn Consent attached as Exhibit D, Brodman has consented, without admitting or denying the allegations of the Complaint (except as noted within the Consent) to entry of Judgment of Permanent Injunction and Other Relief against him. The Judgment includes a permanent injunction against future violations of the statutes the Complaint alleges that Brodman violated. The Judgment also provides, upon motion of the Commission, the Court shall determine whether it is appropriate to order disgorgement of ill-gotten gains and/or civil penalties pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)] against Brodman and, if so, the amounts of the disgorgement and/or civil penalties.

3. Against Defendant Anthony Nicolosi f/k/a Anthony Peluso, in the form attached to this motion as Exhibit E. By the signed, sworn Consent attached as Exhibit F, Nicolosi has

consented, without admitting or denying the allegations of the Complaint (except as noted within the Consent) to entry of Judgment of Permanent Injunction and Other Relief against him.  The Judgment includes a permanent injunction against future violations of the statutes the Complaint alleges that Nicolosi violated.  The Judgment also provides, upon motion of the Commission, the Court shall determine whether it is appropriate to order disgorgement of ill-gotten gains and/or civil penalties pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)] against Nicolosi and, if so, the amounts of the disgorgement and/or civil penalties.

### Certificate of Conferral

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel for the Commission conferred with counsel for the Property Entities, Brodman, and Nicolosi, who do not object to the requested relief.

June 8, 2021

Respectfully submitted,

s/Alice K. Sum
Alice K. Sum, Esq.
Trial Counsel
Fla. Bar No. 354510
Direct Dial: (305) 416-6293
Email:  sumal@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:   (305) 982-6300
Facsimile:    (305) 536-4154