UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61176-CIV-SINGHAL/Valle

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PROPERTY INCOME INVESTORS, LLC, et al.,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Receiver's First Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for April 1, 2021—June 30, 2021 (DE [22]) and the Receiver's Second Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for July 1, 2021—September 30, 2021 (DE [29]) (collectively, the "Applications"). The Court having considered the Applications, reviewed the file, and finding that cause exists to grant the Applications, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Receiver's First Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for April 1, 2021—June 30, 2021 (DE [22]) is **GRANTED**.

    a. The Court awards the following sums and directs that payment be made from Receivership assets:

        i. Miranda L. Soto, Esq. as Receiver: $9,278.75; and

      ii. Buchanan Ingersoll & Rooney PC: $36,255.50.

2. The Receiver's Second Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for July 1, 2021—September 30, 2021 (DE [29]) is **GRANTED**.

    a. The Court awards the following sums and directs that payment be made from Receivership assets:

      i. Miranda L. Soto, Esq. as Receiver: $21,400.50;

      ii. Buchanan Ingersoll & Rooney PC: $77,524.47;

      iii. E-Hounds, Inc.: $3,540.50;

      iv. Kaufman & Company, P.A.: $10,480.00; and

      v. K. Tek Systems, Inc.: $ 4,300.00.[1]

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of December 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF

---

[1] Payment to be made to Buchanan Ingersoll & Rooney PC.