UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61176-CIV-SINGHAL/Valle

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PROPERTY INCOME INVESTORS, LLC, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Miranda L. Soto, as Receiver's (the "Receiver") Third Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for October 1, 2021 through December 31, 2021 (the "Application") (DE [66]). The Application is unopposed. The Court having considered the Application, reviewed the file, and finding that cause exists to grant the Application, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Receiver's Third Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for October 1, 2021 through December 31, 2021 (DE [66]) is **GRANTED**.

2. The Court awards the following sums and directs that payment be made from Receivership assets:

    a. Miranda L. Soto, Esq. as Receiver: $25,589.57;

      b.  Buchanan Ingersoll & Rooney PC:    $80,180.50; and

      c.  Kaufman & Company, P.A.:    $13,601.25.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of February 2022.

_[signature]_
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF