UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61176-CIV-SINGHAL/Valle

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PROPERTY INCOME INVESTORS, LLC, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Miranda L. Soto, as Receiver's (the "Receiver") Fourth Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for January 1, 2022–March 31, 2022 (the "Application") (DE [83]).  The Application is unopposed.  The Court having considered the Application, reviewed the file, and finding that cause exists to grant the Application, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Receiver's Fourth Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for January 1, 2022–March 31, 2022 (DE [83]) is **GRANTED**.

2. The Court awards the following sums and directs that payment be made from Receivership assets:

    a. Miranda L. Soto, Esq. as Receiver:  $ 25,652.53;

    b. Buchanan Ingersoll & Rooney PC: $ 66,061.92; and

    c. Kaufman & Company, P.A.: $ 23,945.00.

  **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of July 2022.

            _____
            RAAG SINGHAL
            UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF