UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61176-CIV-SINGHAL

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

PROPERTY INCOME INVESTORS, LLC,
EQUINOX HOLDINGS, INC.,
PROPERTY INCOME INVESTORS 26, LLC,
PROPERTY INCOME INVESTORS 304, LLC,
PROPERTY INCOME INVESTORS 201, LLC,
PROPERTY INCOME INVESTORS 3504, LLC,
PROPERTY INCOME INVESTORS 1361, LLC,
PROPERTY INCOME INVESTORS 4020, LLC,
PROPERTY INCOME INVESTORS 9007, LLC,
PROPERTY INCOME INVESTORS 417, LLC,
PROPERTY INCOME INVESTORS 4450, LLC,
PROPERTY INCOME INVESTORS 3050, LLC,
LARRY B. BRODMAN and ANTHONY
NICOLOSI (f/k/a ANTHONY PELUSO),

      Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Receiver's Motion to Hold K.Tek

Systems, Inc. and Kimberly During in Contempt (the "Motion") (DE [143]). In the Motion,

Miranda L. Soto, as the Receiver ("Receiver") for the Defendant Receivership Entities,

moves this Court to enter an Order to show cause why the Respondents, K.Tek

Information Systems, Inc. and/or Kimberly During, should not be held in contempt for

failing to comply with this Court's Order on Receiver's Motion to Hold K.Tek Systems, Inc.

and/or Kimberly During in Contempt and for Sanctions (DE [141]).

Having considered the Motion and finding that good cause exists, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Respondents K.Tek Information Systems, Inc. and Kimberly During are directed to show cause by **September 23, 2024** as to: (1) why they have not complied with the Court's June 20, 2024 Order (DE [141]); and (2) why they should not be held in contempt for their inaction.

2. Consistent with the Court's June 20, 2024 Order (DE [141]), K.Tek Information Systems, Inc. and Kimberly During are directed to pay to the Receivership the **$20,651.50** in total fees and costs incurred by the Receivership to bring the website back online; these are itemized as follows:

   a. **$2,850.00** in fees for work performed by the Receiver's web consultant, Lighthouse Internet Media, as set forth in the invoices at (DE [141-A]).

   b. **$5,988.50** in fees for work performed by the Receiver as set forth in the spreadsheet at (DE [141-B]).

   c. **$11,803.00** in fees for work performed by the Receiver's counsel as set forth in (DE [141-B]).

3. In lieu of a Response to this Court's Order to Show Cause, K.Tek Information Systems, Inc. and Kimberly During may file Notices of Compliance either directly or through the Receiver. Upon receiving the Notices of Compliance, this Court will vacate the Order to Show Cause.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of September 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF